# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSE ACOSTA, | Case No. 1:17-cv-01082-DAD-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AND VACATING PENDING MATTERS AND DATES |
| v. | |
| LEE CAZIER, et al., | DEADLINE: DECEMBER 4, 2017 |
| Defendants. | |

On November 2, 2017, Plaintiff filed a notice informing the Court that the parties have reached settlement resolving this action. (ECF No. 15.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before December 4, 2017.

IT IS SO ORDERED.

Dated: **November 3, 2017**

UNITED STATES MAGISTRATE JUDGE

1